UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:19-04906 DOC (ADS)　　　　　　　　　Date: August 6, 2019

Title: *Prentice Ray Thomas v. Santa Barbara Sheriff's Office, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS**

　　Plaintiff Prentice Ray Thomas, proceeding pro se, filed a Complaint alleging violations under 42 U.S.C. § 1983. [Dkt. No. 1]. Plaintiff also filed an application to proceed without prepayment of filing fees ("IFP Request"). [Dkt. No. 2]. On July 18, 2019, the Court issued and served an Order Dismissing Complaint with Leave to Amend requiring an amended complaint to be filed by August 8, 2019. [Dkt. No. 7]. On July 19, 2019, the Court issued and served an Order Re Request to Proceed Without Prepayment of Filing Fees denying Plaintiff's IFP Request and permitting leave to amend the IFP Request within thirty (30) days. [Dkt. No. 8]. On July 15, 2019, July 30, 2019 and again on August 1, 2019, the Court received returned mail indicating Plaintiff is no longer in custody. [Dkt. Nos. 6, 9, 10].

　　Pro se litigants are required to keep the Court and opposing parties apprised of their current address. L.R. 41-6. Therefore, Plaintiff is **ORDERED TO SHOW CAUSE** by no later than **August 21, 2019** why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules. The filing of a Notice of Change of Address on or before August 21, 2019 will discharge this Order to Show Cause.

**CIVIL MINUTES – GENERAL**

Case No.:  2:19-04906 DOC (ADS)                                     Date:  August 6, 2019

Title:  *Prentice Ray Thomas v. Santa Barbara Sheriff's Office, et al.*

**Plaintiff is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.**

**IT IS SO ORDERED.**

Initials of Clerk kh